UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AUDREY E. SETTJE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:11-CV-05215-BHS-KLS<br><br>ORDER ON STIPULATED<br>MOTION TO STRIKE |

Based upon the parties' Stipulated Motion to strike pages from the July 12, 2011 Administrative Record ("AR") that pertain to a person other than Plaintiff; it is

ORDERED that the following pages be struck: AR 161-174 (marked as Exhibits 11E and 12E at the administrative hearing), AR 487-91 (marked as Exhibits 20F and 22F at the administrative hearing).  The remaining record is the complete record.  Counsel for the defendant is directed to re-file the Administrative Record with the above-mentioned designated portions redacted.  The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 9th day of September, 2011.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Page 1    ORDER FOR STIPULATED MOTION TO STRIKE -
             [3:11-CV-05215-BHS-KLS]

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 616-2531
benjamin.groebner@ssa.gov


s/ Benjamin J. Groebner for
CHRISTOPHER H. DELLERT
Attorney for Plaintiff
(PER EMAIL AUTHORIZATION)