UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| AUDREY E. SETTJE, | Civil No. 3:11-CV-05215-BHS-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER ON STIPULATED MOTION TO STRIKE |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulated Motion to strike pages from the July 12, 2011 Administrative Record ("AR") that pertain to a person other than Plaintiff; it is

ORDERED that the following pages be struck: AR 161-174 (marked as Exhibits 11E and 12E at the administrative hearing), AR 487-91 (marked as Exhibits 20F and 22F at the administrative hearing). The remaining record is the complete record. Counsel for the defendant is directed to re-file the Administrative Record with the above-mentioned designated portions redacted. The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 9th day of September, 2011.

Karen L. Strombom
United States Magistrate Judge

1 Presented by:

2

s/ Benjamin J. Groebner
3 BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
4 Office of the General Counsel
Social Security Administration
5 701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
6 Telephone: (206) 615-2494
Fax: (206) 616-2531
7 benjamin.groebner@ssa.gov

8
s/ Benjamin J. Groebner for
9 CHRISTOPHER H. DELLERT
Attorney for Plaintiff
10 (PER EMAIL AUTHORIZATION)