1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AUDREY SETTJE,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

        Defendant.

Case No. C11-5215BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

     This matter comes before the Court on the Report and Recommendation ("R&R") of

the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 28).

     The Court has considered the R&R and the remaining record, and no objections to the

R&R having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    The matter is **REVERSED** and **REMANDED**;

    (3)    The Clerk shall enter **JUDGMENT** for Plaintiff; and

    (4)    This action is **DISMISSED**.

     DATED this 3rd day of February, 2012.

_____

BENJAMIN H. SETTLE
United States District Judge

ORDER