UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AUDREY SETTJE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C11-5215BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 28).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     The matter is **REVERSED** and **REMANDED**;

(3)     The Clerk shall enter **JUDGMENT** for Plaintiff; and

(4)     This action is **DISMISSED**.

DATED this 3rd day of February, 2012.

                                                  BENJAMIN H. SETTLE
                                                United States District Judge

ORDER